ert B. Ward and Monroe J. Fisher, to review, pursuant to section 56 of the Election Law (Consol. Laws 1909, c. 17), the action, etc., of the Inspectors of Primary Election in the Sixteenth, Seventeenth and Eighteenth Assembly Districts of Kings County. No opinion. Order (137 N. Y. Supp. 659) affirmed, without costs.

WARD, Appellant, v. CAMPION, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Edwin C. Ward, as trustee in bankruptcy of the estate of the Eureka Trunk Lock Manufacturing Company, against Thomas H. Campion. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in ruling at folios 162, 248, 332, and 411.

WASSERMAN et al. v. PFIZER. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Jesse Wasserman and others against Gustavus A. Pfizer. No opinion. Motion for stay granted. Settle order on notice. See, also, 151 App. Div. 724, 136 N. Y. Supp. 203.

WASSON, Appellant, v. CITY OF ONEONTA, Respondent. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Viola Wasson against the City of Oneonta.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and HOUGHTON, JJ., dissent, on the ground that it is a question of fact as to whether the city used reasonable care in ascertaining whether or not a proper guard was maintained.

WATSON v. BEAVER et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John H. Watson against William Beaver and others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

WATTS, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by William J. Watts against the Hewlett Bay Company and another. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 288.

WATZELHAN, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Ruth Watzelhan, an infant, by William Watzelhan, her guardian ad litem, against the New York Telephone Company. No opinion. Order unanimously affirmed, with costs.

WEARS, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 11, 191 Action by George W. Wears against Stanl Johnson and another. No opinion. De sion (151 App. Div. 770, 136 N. Y. Supp. 31 amended, so as to read as follows: Judgme of the County Court reversed, with costs, a judgment of the Justice's Court affirmed.

WEGMANN, Appellant, v. KRESS, F spondent. (Supreme Court, Appellate Di sion, Second Department. October 11, 191: Action by Maggie Wegmann, as administitrix, etc., of Wilhelmina Kress, decease against Christian Kress. No opinion. Juc ment and order affirmed, with costs.

WEINSTEIN, Respondent, v. LIVOTI al., Appellants. (Supreme Court, Appellate I vision, Second Department. September 1 1912.) Action by Abraham Weinstein again Baldassare Livoti and another.

PER CURIAM. Judgment affirmed, wi costs.

THOMAS, J., not voting.

WENTWORTH v. GOLDMAN et al. (S preme Court, Appellate Division, First D partment. November 1, 1912.) Action Sarah H. Wentworth against Barney Goldm: and others. W. W. Shaw, of New York Cit for appellant. J. R. Schiff, of New York Cit for respondent. No opinion. Order affirme with $10 costs and disbursements. Order file

WERNER, Appellant, v. MOHAWK CO] DENSED MILK CO. et al., Respondent (Supreme Court, Appellate Division, Four Department. October 18, 1912.) Action Christopher C. Werner, as trustee, etc., again the Mohawk Condensed Milk Company and a: other. No opinion. Motion for reargumer denied, with $10 costs. Motion for leave appeal to Court of Appeals denied. See, als 136 N. Y. Supp. 585, 1150.

WESTMINSTER PRESBYTERIA CHURCH, Appellant, v. TRUSTEES O PRESBYTERY OF NEW YORK, Respond ent. (Supreme Court, Appellate Divisio First Department. October 25, 1912.) Actio by the Westminster Presbyterian Churc against the Trustees of the Presbytery of Ne York. C. M. Parsons, of New York City, fo appellant. H. W. Jessup, of New York Cit; for respondent.

PER CURIAM. Judgment and order a firmed, with costs on opinion in 142 App. Di 855, 127 N. Y. Supp. 836. Order filed.

INGRAHAM, P. J., dissents.

WETZLAR v. NEW YORK FINANCE CO et al. (Supreme Court, Appellate Divisio: First Department. October 18, 1912.) A tion by Julius G. Wetzlar against the Ne York Finance Company and others. No opir ion. Motion to dismiss appeal granted, wit $10 costs, unless appellant comply with tern

ated in order. Order filed. See, also, 143 pp. Div. 311, 128 N. Y. Supp. 501.

WETZLAR v. WOOD et al. (Supreme ourt, Appellate Division, First Department. ctober 18, 1912.) Action by Julius G. Wetzr against Catherine S. Wood and others. No pinion. Motion to dismiss appeal granted, ith $10 costs, unless appellants comply with rms stated in order. Order filed. See, also, 43 App. Div. 311, 128 N. Y. Supp. 501.

WHITE, Respondent, v. WHITE, Appelnt. (Supreme Court, Appellate Division, econd Department. October 11, 1912.) Action by Mary E. White against William W. White.

PER CURIAM. Motion for stay pending he hearing and decision of the appeal from he order herein granted, except as to the proeedings to obtain counsel fee and expenses pon such appeal. The temporary stay is modied in this respect. The order to be entered erein to be without prejudice to an application to vacate the stay, if the appeal is not iligently prosecuted.

In re WHITTEN. (Supreme Court, Appelate Division, Second Department. October 18, 912.) In the matter of the application of Robert C. Whitten, for a writ of certiorari, tc. No opinion. Motion to resettle order, nd for leave to appeal to the Court of Appeals, denied, without costs. See, also, 137 N. Y. Supp. 360.

WHITTEN, Appellant, v. GAYNOR, Repondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Robert C. Whitten against William J. Gaynor, etc. No opinion. Motion for injunction pendente lite. Motion to resettle order, and for leave to appeal to the Court of Appeals, denied. See, also, 137 N. Y. Supp. 360.

WHITTEN, Appellant, v. GAYNOR, Repondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Robert C. Whitten against William J. Gaynor, etc. No opinion. Mandamus proceeding. Motion to resettle order granted. This being a final order in a special proceeding, no permission to appeal to the Court of Appeals is required. See, also, 137 N. Y. Supp. 360.

WICKHAM, Respondent, v. HAWLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by William H. Wickham against Bert Hawley and John W. Travis, partners, etc. No opinion. Judgment and order affirmed, with costs.

WIDMER, Respondent, v. STOUTENBURGH, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Oscar R. Widmer against William O. Stoutenburgh. No opinion. Judgment and order of the County Court of Dutchess County unanimously affirmed, with costs.

WIENER, Respondent, v. HOME TITLE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Max Wiener against the Home Title Insurance Company. C. W. Atwater, of New York City, for appellant. A. P. Wilkes, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WIGHTMAN et al. v. COTTRELL et al. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Henry H. Wightman and another against Delano A. Cottrell and another. No opinion. Reargument ordered to be heard at November term, it appearing that there were not four Justices qualified to hear the cause.

WILKENS et al. v. AMERICAN BANK OF TORREON, S. A., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by John A. Wilkens and another against the American Bank of Torreon, S. A. G. T. Hogg, of New York City, for appellant. M. Mackenzie, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 129 App. Div. 911, 114 N. Y. Supp. 1150; 133 App. Div. 646, 118 N. Y. Supp. 210.

In re WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) In the matter of the judicial settlement of the accounts of Alice D. Williams and William R. Peters, as executors of William Williams, deceased. No opinion. Motion to amend decision (136 N. Y. Supp. 707) denied. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 118 N. Y. Supp. 562.

WILLIAMS v. LINDEMANN et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Mary A. Williams against Katherine Lindemann, individually, etc., and others.

PER CURIAM. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

WILSON et al., Respondents, v. BRACKEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Proceeding by Arthur Wilson and another